UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SYLVESTER FUDGE, JR.** ]<br>    Plaintiff, ]<br> ]<br>v. ]<br> ]<br>**VA HOSPITAL, et al.** ]<br>    Defendants. ] | No. 3:13-1170<br>Judge Trauger |

### O R D E R

The Court is in receipt of a *pro se* civil complaint (Docket Entry No. 1) alleging employment discrimination and an application to proceed in forma pauperis (Docket Entry No. 2).

The plaintiff is a resident of Lebanon, Tennessee. It appears from his application that he lacks sufficient financial resources from which to pay for the filing of the complaint. Therefore, the plaintiff's application to proceed in forma pauperis is hereby GRANTED. 28 U.S.C. § 1915(a). However, process shall not issue at this time.

According to the complaint, the plaintiff was an employee at the Veterans Administration Hospital in Madison, Wisconsin. Apparently, he is no longer employed there because he was subjected to a "hostile work environment".

The alleged unlawful employment practice occurred in Madison, Wisconsin. Any employment records and other evidence relevant to the plaintiff's claims can be found in Madison, Wisconsin. Therefore, Madison, Wisconsin would be the proper venue for this action. 42 U.S.C. § 2000e-5(f)(3).

Accordingly, the Clerk is directed to TRANSFER this case to the United States District

Court for the Western District of Wisconsin, at Madison, Wisconsin. 28 U.S.C. § 1406(a).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge