IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SYLVESTER FUDGE, JR.,

                                                ORDER

               Plaintiff,

                                            13-cv-791-bbc

     v.

VA HOSPITAL and GAIL MEISSEN,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order entered on December 11, 2013, I dismissed plaintiff Sylvester Fudge's complaint for his failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until December 31, 2013, in which to submit a proposed amended complaint addressing the deficiencies explained in the December 11 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is now well past the deadline and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS ORDERED that plaintiff Sylvester Fudge Jr.'s case is dismissed. The clerk of court is directed to enter judgment in favor of defendants and close this case.

        Entered this 22d day of January, 2014.

                                      BY THE COURT:

                                      /s/BARBARA B. CRABB

                                      District Judge