IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER FUDGE, JR.,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          13-cv-791-bbc

VA HOSPITAL and GAIL MEISSEN,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |